# IN THE UNITED STATES DISTRICT COURT FILED
# FOR THE NORTHERN DISTRICT OF ALABAMA

2016 MAY -9 A 11: 41

U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: _____

_____

Brian Darnell Cusey Sr
Enter above the full name of the plaintiff
in this action)

> NOTICE TO FILING PARTY
>
> It is your responsibility to
> notify the clerk in writing of any
> address change.
>
> Failure to notify the clerk may
> result in dismissal of your case
> without further notice.

vs.

LT David Mize & Chief Deb Johnson

Judge Charles Stephens Sr

Judge Charles Stephens Jr

Angie Copeland (court refund officer)

Enter above full name(s) of the defendant(s)
in this action)

CV-16-CO-0757-J

Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )    No (✓)

B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff: _____

      _____

      Defendant(s): _____

      _____

2.  Court (if Federal Court, name the district; if State Court, name the county)

    _____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____

    _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    _____

6.  Approximate date of filing lawsuit _____

    _____

7.  Approximate date of disposition _____

I.  Place of present confinement  Jasper City Jail

   A.  Is there a prisoner grievance procedure in this institution?
       Yes ( )    No (✓)

   B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( )    No (✓)

   C.  If your answer is YES:

       1.  What steps did you take? _____

           _____

       2.  What was the result? _____

           _____

   D.  If your answer is NO, explain why not: We don't have a grievance procedure. But I did make several complaints in letters & petitions but to no avail. We finally got grievance forms a few days ago which I sent out several complaints but haven't been answered

Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Brian Durnell Casey Sr.

Address Jasper City Jail 1610 Alabama Ave
Jasper, Alabama 35501

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Lt. David Mize

Is employed as Jail Administrator

at Jasper City Jail

C. Additional Defendants Judge Charles Stephens Sr.
Judge Charles Stephen Jr. Angie Copeland (CRO)
Chief Jailer Deb Johnson

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I was transferred to this new jail upon opening, over two months ago. The jail has no visitation, no phone privileges during normal business hours. The jail doesn't pay for medical. Male dorm lights are always on. We go weeks at a time without clean laundry & bedding. The dorm & bathroom area are not properly being cleaned and sanitized

I was sentenced by two different municipal Judges. One sentenced me to CRO for my case to be taken care of. I complete and was able to pay my fine & be released. Judge Stephens Sr.

was sentenced to over 30 days & rehab to take care of some case. Released a week early from rehab on a medical and was arrested again. Judge Stephens Sr.

was there for a 4th sentence but wouldn't speak up. Knew they sent my summons to my Bro's Co.'s sr. address but let me be jailed again. Was told by Judge Stephens Sr. to take my last payment & release me but got me again from judge and sent to rehab what he said she was sending me. Even Judge Copeland (CRO officer)

Denied repeatedly fair review of my case. Went even acknowledge mistakes made by the courts. Denied twice for funeral passes when monitor would me also greater.

on a regular basis. Not feeding right amount of calories daily. No access to legal help. Discrimination for trustee status. Not able to go out and work because of grievance sent out by me. No ventilation in whole dorm built in Sallyport. Lt Mize Jail Administrator

## RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Help us to put phones in the jail, visitation in the jail, feel better in the jail, make sure the jail stays properly cleaned n sanitized. Equal rights (i.e. all (medical, trustee status, access to proper grievance form and access to legal help). The right to receive fair sentencing and an understanding of our case sentence reviews for lengthy terms

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4 2016

SIGNATURE: Brian Camp

ADDRESS Jasper City Jail
1610 Alabama Ave Jasper Alabama
35501

AIS #

2-14-72
Brian Casey Sr   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   4-30-16

~~Denied~~ Judge Stephens

I'm writing to you sir requesting a review of my case. I'm currently serving 190 days on a CRO violation that I didn't violate.

Possession of Marijuana
Jasper Municipal Case # MC 13-440

Time Served on this case:
Jan 10 2014 - Mar 19 2014    70 days served
Aug 28 2014 - Sep 2 2014    5 days served
June 26 2015 - July 15 2015    20 days served
Nov 3 2015 - Nov 10 2015    7 days served
Feb 8 2016    83 days served on 190 days
CRO Level 2
Apr 15 2014 - Jan 9 2015    Completed

## JPD INMATE GRIEVANCE FORM

**INMATES NAME:** Brian Casey Sr.

**INMATES' COMPLAINT,** I'm being wrongly Detained in the Jasper City Jail. My records show that I've served my time and more. I've written countless letters to the court for a review on this matter with no success. My family have even tried to to petition the courts on this. They say they send notices to me but I never get them because they have my address crossed with my son Brian Casey Jr. I was sentenced to CRO to take care of →

**INMATE SIGNATURE:** Brian Casey

**JAILERS' SIGNATURE** _____

**DATE:** 5-1-16

They wont even sign the forms

matter and completed it. I even went thru Rehab to try to put
to this sentence but was arrested again and giving more time
than I started with. I been punished by two different
on the same sentence. Something is not adding up. I dont
have paperwork where they sentenced me or revoked days if
have my whole history on this case which started in 2013.
fe have all certificates showing where I completed court
Program. I believe this is false imprisonment.

### Possession of Marijuana
Jasper Municipal Case # MC-13-440

Jan 10 2014 - Mar 19 2014    70 days
Aug 28 2014 - Sept 2 2014     5 days          186 days total
June 26 2015 - ~~~~ Jul 15 2015   20 days
Nov 3 2015  - Nov 10 2015    7 days
Feb 8 2016 currently serving 190 days  84 days

### CRO
Apr 15 2014 - Jan 9 2015
Started & completed CRO Level II    Donna ~~~~ Instructor
Turned in a copy of all certificates to Judge
Stephens Sr showing completion. The only mix up
was my last report day for drug screen fell on
a holiday but was re-routed to the work release.
I reported but they wouldnt accept my payment only
my urine. They told me to pay at my next court
date. When all this was explained to Judge Stephens Sr
he told me to make my last payment and for
Angie Copeland to turn me loose.

### Pearson Hall Rehab
Started Nov 11 at Pearson Hall Rehab but was released on a

Brian Casey Sr.
Jasper City Jail
1610 Alabama Ave
Jasper Alabama 35501

BIRMINGHAM AL 350
07 MAY 2016 PM 4 L



SECURITY
MAY 09 2016
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

SFI

NORTHER

35203203799

Office of
Clerk, United States District Court
Northern District of Alabama
Hugo L Black United States Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203-2040